```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 11-21356-CIV-LENARD
                         MAGISTRATE JUDGE P.A. WHITE
```

DULIE A. GREEN JR.,              :

   Petitioner,           :      <u>REPORT RE REQUEST FOR</u>
               <u>VOLUNTARY DISMISSAL</u>
v.                               :      <u>WITHOUT PREJUDICE</u>
                  <u>§2254</u>
EDWIN G. BUSS,                   :      (DE#12)

   Respondents.          :
_____

   The petitioner in this <u>pro se</u> habeas corpus case pursuant to 28 U.S.C. §2254 has filed a motion for voluntary dismissal (DE #12).

   The petitioner does not wish to dismiss the petition with finality, but seeks dismissal without prejudice so that such a proceeding may be pursued at a later date.

   The respondent has filed a response to the order to show cause indicating that the present petition was timely filed within the one year statute of limitations established by 28 U.S.C. §2244(d).

   The petitioner seeks time to file a future §2254 petition.

   It is therefore recommended that this motion for voluntary dismissal (DE #12) be granted and the case be dismissed without prejudice, with the exception of any applicable bar, including the statute of limitations, which may or may not apply at the time the petitioner files his new petition.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 3rd day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Dulie Green, Jr., Pro Se
    Glades Correctional Institution
    Address of record

    N. Merlin, Esq.
    R. Polin, Esq.
    Attorneys of record