UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21356-CIV-LENARD/WHITE

**DULIE A. GREEN, JR.**,

        Petitioner,

vs.

**EDWIN BUSS**,

        Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 13)
AND DISMISSING WITHOUT PREJUDICE PETITIONER'S WRIT OF HABEAS
CORPUS (D.E. 1)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 13), issued on August 3, 2011.  In his Report, Magistrate Judge White recommends that Petitioner's pro se Writ of Habeas Corpus, filed on April 18, 2011, be dismissed without prejudice.  (Report at 2.  The Report also provides that any objections may be filed within fourteen days of its receipt by the parties.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 13), issued on August 3, 2011, is

      **ADOPTED.**

2.    Petitioner Dule Green Jr.'s Writ of Habeas Corpus (D.E. 1), filed on April 18, 2011 is **DISMISSED** without prejudice.

3.    All pending motions are **DENIED** as moot.

4.    This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of August, 2011.

                                              **JOAN A. LENARD**
                                              **UNITED STATES DISTRICT JUDGE**